| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MICHAEL JAY BERGER (State Bar # 100291)<br>LAW OFFICES OF MICHAEL JAY BERGER<br>9454 Wilshire Boulevard, 6th Floor<br>Beverly Hills, California 90212<br>T: (310) 271.6223 \|<br>F: (310) 271.9805<br>E: michael.berger@bankruptcypower.com<br><br>*Attorney for:* Debtors | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| In re:<br>Mordechai Yosef Orian and Yun Ru<br><br>Debtor(s). | CASE NO.: 9:16-bk-10514-PC<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 7 |
|---|---|
| <br><br>Plaintiff(s),<br>vs.<br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:

    Debtors Mordechai Yosef Orian and Yun Ru

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:

    William C. Beall
    Beall & Burkhardt, APC
    1114 State Street, Suite 200, Santa Barbara, CA 93101
    Phone: (805) 966-6774

3. New attorney hereby appears in the following matters:   ☒ the bankruptcy case   ☐ the adversary proceeding

---
This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

   MICHAEL JAY BERGER

Date: 10-25-2016

_____
Signature of party
Mordechai Yosef Orian
Printed name of party

_____
Signature of *second* party (if applicable)
Yuri Ru
Printed name of *second* party (if applicable)

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.
Date: 10/24/16

_____
Signature of present attorney
MICHAEL JAY BERGER
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.
Date: 10/25/16

_____
Signature of new attorney
William C. Beall
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2014                                        Page 2                                F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 10/25/16, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Brian D Fittipaldi    brian.fittipaldi@usdoj.gov, Renee M Parker    bknotice@earthlink.net, rmparker@wrightlegal.net
Daniel K Fujimoto    wdk@wolffirm.com
April Harriott    bkyecf@rasflaw.com, bkyecf@rasflaw.com
Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mirmanbubman.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 10/25/16, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mordechai Yosef Orian and Yun Ru - 23458 West Moon Shadows Drive, Malibu, California 90265

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 10/25/16, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Peter Carroll
United States Bankruptcy Court
1415 State Street, Suite 230
Santa Barbara, California 93101-2511- via UPS Ground

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/25/16 | Peter Garza | /s/ Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 3    F 2091-1.SUBSTITUTION.ATTY

## SERVICE LIST

*Section II – Served via U.S. Mail:*

| | | |
|---|---|---|
| Robert M Ehrhorn Jr<br>700 Bishop St Ste 2100<br>Honolulu, HI 96813-3921 | Po Box 10389<br>Bakersfield, CA 93389 | Attn: Bankruptcy<br>P O Box 2952<br>Sacramento, CA 95812-2952 |
| HEMIC<br>1100 Alakea St #1400<br>Honolulu, HI 96813 | Continental Credit Center<br>22 N Milpas St. Ste. C<br>Santa Barbara, CA 93103 | Freeman, Freeman & Smiley, LLP<br>Terry J. Kent<br>1888 Century Park East, Ste. 1900<br>Los Angeles, CA 90067 |
| LA County Tax Collector<br>BK Unit<br>2615 S Grand Ave<br>Los Angeles, CA 90007-2608 | Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193 | Grant & Weber<br>26610 West Agoura Rd Ste. 209<br>Calabasas, CA 91302 |
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | Discover Fin Svcs. LLC<br>Po Box 15316<br>Wilmington, DE 19850 | |
| Capital One Bank USA<br>Po Box 30281<br>Salt Lake City, UT 84130 | Employment Development Department<br>Taxpayer Assistance Center<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 7346<br>Philadelphia, PA 19101-7346 |
| Century Credit & Collection<br>6633 Telephone Rd Ste 13<br>Ventura, CA 93003 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107 | LA County Tax Collector<br>BK Unit<br>2615 S. Grand Ave<br>Los Angeles, CA 90007-2608 |
| Commercial Trade Bureau | Franchise Tax Board | |

National Recovery Agent

2491 Paxton Street

Harrisburg, PA 17111

Ocwen Loan Servicing

12650 Ingenuity Dr.

Orlando, FL 32826

Security Credit System

622 Main St Ste. 301

Buffalo, NY 14202

Southwest Credit System

4120 International Pkwy

Carrollton, TX 75007

U.S. Bank

800 Nicollet Mall

Minneapolis, MN 55402

Union Adjustment Co

3214 W Burbank Blvd

Burbank, CA 91505

Universal Re

11255 Sunrisegold

Rancho Cordova, CA 95742

Wells Fargo Bank

Po Box 14517

Des Moines, IA 50306

Ocwen Loan Servicing

12650 Ingenuity Dr.

Orlando, FL 32826

Ocwen Financial Corporation

Attn: Officer

1661 Worthington Road Suite 100

West Palm Beach, FL 33409

Deutsche Bank National Trust Company

Attn: Officer

60 Wall Street

New York, NY, USA

Deutsche Bank National Trust Company

C T CORPORATION SYSTEM

818 WEST SEVENTH ST

STE 930

LOS ANGELES CA 90017